UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ANTOINE L. JOHNSON,

Case No. 16-cv-02635-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This action was opened when the Court received from Plaintiff Antoine L. Johnson a letter addressed to Senior District Court Judge Thelton E. Henderson expressing his displeasure with the conditions of confinement in the prison at which he is currently housed, the California Medical Facility. In this action, the Clerk of the Court opened a case file and sent out two notices. In these notices, both dated May 17, 2016, the Clerk directed Plaintiff to complete a civil rights complaint form and an *in forma pauperis* ("IFP") application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed. The Clerk sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

More than twenty-eight days have passed, and Plaintiff has not filed the necessary documents or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall enter judgment, terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: July 28, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge